# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M12 | E1334376 | Cruz, J TSgt | |

**Violation Number:** 22F3412572Q

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 08/29/2022 1450 | 61-8-302 (1) |

**Place of Offense:** Bldg 2105 Commercial Vehicle Inspection Sta

**Offense Description; Factual Basis for Charge:** ☐ HAZMAT
Penalties for Careless Driving

### DEFENDANT INFORMATION

**Last Name:** Lininger  **First:** Clint  **MI:** A

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| PA14652 | MT | 2014 | Kenworth T800 | | White |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 85 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov
$ 115 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** Missouri River Courthouse, 125 Central Ave West, St 110, Great Falls, MT 59404

**Date:** 
**Time:**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E1334376*

CVB SCAN 09/13/2022 14:54

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 29 Aug 22, 20 22 while exercising my duties as a law enforcement officer in the Malmstrom AFB District of _____

Lininger was driving into the search bay of Bldg 2105 on Malmstrom AFB. During that time, Lininger was checking his tires to ensure they would clear the garage door. However, he failed to spot the tarp bracket that protruded out of both sides of the trailer. The right tarp bracket struck the garage door frame.

The foregoing statement is based upon:
☐ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/29/2022  [signature] TSgt Cruz, J
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/13/2022 14:54