# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLINT A. LININGER,<br><br>Defendant. | PO-22-5216-GF-JTJ<br><br>VIOLATION:<br>E1334376<br>Location Code: M12<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $40 fine and $30 processing fee for violation E1334376 (for a total of $70), and for good cause shown, **IT IS ORDERED** that the $70 fine paid by the defendant is accepted as a full adjudication of violation E1334376.

**IT IS FURTHER ORDERED** that the bench trial scheduled for February 9, 2023, is **VACATED.**

DATED this 15th day of December, 2022.

_____
John Johnston
United States Magistrate Judge